UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**BRIAN THACKER,**

    **Plaintiff,**

v.                                          Civil Action No. 1:12cv779

**SOUTHWEST CREDIT SYSTEMS, L.P.,** *et al.*,

    **Defendants.**

## SOUTHWEST CREDIT SYSTEMS, L.P.'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Southwest Credit Systems, L.P., in the above captioned action, certifies that it is not a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Southwest Credit Systems, L.P.

                                              **SOUTHWEST CREDIT SYSTEMS, L.P.**

                                              By:/s/David N. Anthony
                                                  David N. Anthony
                                                  Virginia Bar No. 31696
                                                  *Counsel for Southwest Credit Systems, L.P.*
                                                  TROUTMAN SANDERS LLP
                                                  1001 Haxall Point
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 697-5410
                                                  Facsimile: (804) 698-5118
                                                  Email: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will provide notice to all parties.

Leonard Anthony Bennett
Consumer Litigation Associates
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net

Andrew Joseph Guzzo
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-541-9205
Email: aguzzo@siplfirm.com

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-277-9774
Facsimile: 703-591-9285
Email: kkelly@siplfirm.com

/s/David N. Anthony
David N. Anthony
Virginia Bar No. 31696
*Counsel for Defendant Southwest Credit Systems, L.P.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

20074675v1