UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIAN THACKER,

    **Plaintiff,**

v.                                         Civil Action No. 1:12cv779

SOUTHWEST CREDIT
SYSTEMS, L.P., *et al.*,

    **Defendants.**

## AGREED ORDER

CAME NOW Defendant, Southwest Credit Systems, L.P. ("Southwest Credit"), by counsel, upon its Consent Motion for an Extension of Time for Defendant, Southwest Credit Systems, L.P., to file responsive pleadings to the Complaint filed by Plaintiff, Brian Thacker.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, Brian Thacker and Southwest Credit, it is hereby,

ORDERED, ADJUDGED and DECREED that Southwest Credit's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Southwest Credit shall be GRANTED an extension of time three weeks until on or before September 5, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Brian Thacker.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 14th day of August, 2012.

                                                /s/         JFA
                                         John F. Anderson
                                 United States Magistrate Judge