UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| BRIAN THACKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:12cv779 LO/JFA |
| | ) | |
| TRANS UNION LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Defendant, Verizon Virginia LLC's ("Verizon"), Motion to Dismiss Complaint For Failure To State A Claim, filed herein on August 15, 2012, will be held on Friday, September 7, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**VERIZON VIRGINIA LLC**
By Counsel

_____/s/_____
Robert H. J. Loftus, Esq., VB #13407
loftus@mccandlaw.com
Eric J. Berghold, Esq. VB #27566
berghold@mccandlaw.com
*Counsel for Defendant Verizon Virginia LLC*
**McCANDLISH & LILLARD**
a Professional Corporation
11350 Random Hills Road, Suite 500
Fairfax, Virginia  22030
Telephone:   (703) 273-2288
Facsimile:    (703) 273-4592

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard
>Suite 1A
>Newport News, VA 23601
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>Email: lenbennett@cox.net
>Email: lenbennett@clalegal.com
>
>
>Andrew Joseph Guzzo
>Surovell, Isaacs, Petersen & Levy, Plc
>4010 University Drive
>Second Floor
>Fairfax, Va 22030
>Telephone: (703) 251-5400
>Facsimile: (703) 541-9205
>Email: aguzzo@siplfirm.com
>
>Kristi Kelly, Esq.
>Surovell, Isaacs, Petersen & Levy, Plc
>4010 University Drive
>Second Floor
>Fairfax, Va 22030
>Telephone: (703) 277-9774
>Facsimile: (703) 591-9285
>Email: kkelly@siplfirm.com
>
>*Counsel for Plaintiff*

and

        David N. Anthony
        Troutman Sanders LLP
        1001 Haxall Point
        Richmond, Virginia  23219
        Telephone:   (804) 697-5410
        Facsimile:   (804) 698-5118
        Email: david.anthony@troutmansanders.com
        *Counsel for Southwest Credit Systems, L.P.*

And by mail only to:

        Trans Union LLC
        c/o Corporation Service Company
        Registered Agent
        Bank of America Center 624
        1111 East Main Street
        Richmond, Virginia  23219

                /s/
        Robert H. J. Loftus, Esq., VB #13407
        loftus@mccandlaw.com
        Eric J. Berghold, Esq. VB #27566
        berghold@mccandlaw.com
        **McCANDLISH & LILLARD**
        a Professional Corporation
        11350 Random Hills Road, Suite 500
        Fairfax, Virginia  22030
        Telephone:     (703) 273-2288
        Facsimile:      (703) 273-4592
        *Counsel for Verizon Virginia LLC*