UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| BRIAN THACKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  1:12cv779 LO/JFA |
| ) | |
| TRANS UNION LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## **PRAECIPE**

Verizon Virginia LLC hereby withdraws the Notice of Hearing filed herein on August 16, 2012.

                                                **VERIZON VIRGINIA LLC**
                                                By Counsel

_____/s/_____
Robert H. J. Loftus, Esq., VB #13407
loftus@mccandlaw.com
Eric J. Berghold, Esq. VB #27566
berghold@mccandlaw.com
**McCANDLISH & LILLARD**
a Professional Corporation
11350 Random Hills Road, Suite 500
Fairfax, Virginia  22030
Telephone:   (703) 273-2288
Facsimile:    (703) 273-4592

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA  23601
Telephone:   (757) 930-3660
Facsimile:   (757) 930-3662
Email: lenbennett@cox.net
Email: lenbennett@clalegal.com

Andrew Joseph Guzzo
Surovell, Isaacs, Petersen & Levy, Plc
4010 University Drive
Second Floor
Fairfax, Va 22030
Telephone:   (703) 251-5400
Facsimile:   (703) 541-9205
Email: aguzzo@siplfirm.com

Kristi Kelly, Esq.
Surovell, Isaacs, Petersen & Levy, Plc
4010 University Drive
Second Floor
Fairfax, Va 22030
Telephone:   (703) 277-9774
Facsimile:   (703) 591-9285
Email: kkelly@siplfirm.com

*Counsel for Plaintiff*

and

David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:   (804) 697-5410
Facsimile:   (804) 698-5118
Email: david.anthony@troutmansanders.com
*Counsel for Southwest Credit Systems, L.P.*

and

        Grant E. Kronenberg
        Morris & Morris PC
        Bank of America Center 624
        11 South 12th Street
        Richmond, Virginia  23218
        Telephone:  (804) 344-6334
        Facsimile:  (804) 344-8359
        Email: gkronenberg@morrismorris.com
        *Counsel for Trans Union LLC*

        _____/s/_____
        Robert H. J. Loftus, Esq., VB #13407
        loftus@mccandlaw.com
        Eric J. Berghold, Esq. VB #27566
        berghold@mccandlaw.com
        **McCANDLISH & LILLARD**
        a Professional Corporation
        11350 Random Hills Road, Suite 500
        Fairfax, Virginia  22030
        Telephone:   (703) 273-2288
        Facsimile:    (703) 273-4592
        *Counsel for Verizon Virginia LLC*