**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**BRIAN THACKER,**

    Plaintiff,

v.                                                                                          Civil Action No. 1:12-cv-00779-LO-JFA

**TRANS UNION, LLC,** *et al.***,**

    Defendants,

### DEFENDANT SOUTHWEST CREDIT SYSTEMS LP'S NOTICE OF SETTLEMENT WITH PLAINTIFF BRIAN THACKER

Notice is hereby given that all claims pending against Defendant Southwest Credit Systems L.P. ("SWC") have been resolved to the parties' satisfaction. SWC hereby respectfully requests that this Court vacate as to SWC, the order to attend the Pre-trial Conference scheduled for October 17, 2012.

                              **SOUTHWEST CREDIT SYSTEMS, L.P.**

                              By:<u>/s/ David N. Anthony</u>
                                David N. Anthony
                                Virginia State Bar No. 31696
                                *Attorney for Southwest Credit Systems, L.P.*
                                TROUTMAN SANDERS LLP
                                1001 Haxall Point
                                Richmond, Virginia 23219
                                Telephone: (804) 697-5410
                                Facsimile: (804) 698-5118
                                Email: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17 day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leonard Anthony Bennett
Consumer Litigation Associates
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net

Andrew Joseph Guzzo
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-541-9205
Email: aguzzo@siplfirm.com

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-277-9774
Facsimile: 703-591-9285
Email: kkelly@siplfirm.com

/s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Southwest Credit Systems, L.P.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.c

20165506v1