IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN THACKER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TRANS UNION, LLC., et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:12cv779 LO/JFA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiff, BRIAN THACKER, by counsel, and moves the Court to dismiss, with prejudice, the above captioned matter as to Defendant, VERIZON VIRGINIA LLC ("Verizon").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Brian Thacker and Verizon, it be and hereby is

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITH PREJUDICE as to Verizon Virginia LLC.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

ENTERED this 13th day of December, 2012.

_____
Liam O'Grady
United States District Court Judge